# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

**William J. Holloway, Jr. United States Courthouse**
**200 N.W. Fourth Street, Oklahoma City, Oklahoma**
**Courtroom 305**

---

## CIVIL JURY TRIAL DOCKET BEFORE
## U.S. DISTRICT JUDGE CHARLES B. GOODWIN
## for
## DECEMBER 2022

---

NOTICE TO COUNSEL:

*Docket Call*. You are directed to appear before the Court on **November 29, 2022, at 10:00 a.m.** for docket call. Parties should be prepared to discuss scheduling and any pending motions. Unless excused in advance, lead trial counsel should attend.

*Pretrial Filings*. All requested voir dire, proposed jury instructions and verdict forms, trial briefs, motions in limine, designations of deposition testimony to be used at trial (and objections), and final pretrial reports shall be filed in accordance with the schedule previously ordered by the Court. In addition, the parties shall submit their requested voir dire and proposed jury instructions and verdict forms in Word format via email to goodwin-orders@okwd.uscourts.gov.

*Trial Setting*. Each case listed below is hereby set for trial in **December 2022**. Specific trial settings will be discussed at Docket Call; however, a special trial setting cannot be guaranteed and all parties in all cases should be prepared to begin trial on **Tuesday, December 6, 2022, at 9:30 a.m.**

*Participation in Alternative Dispute Resolution*. Parties will be expected to have engaged in private mediation or a judicial settlement conference, or to have been expressly excused by the Court from that requirement, **prior to Docket Call**.

*Trial Documents*. Immediately prior to the beginning of trial, each party shall submit to the Courtroom Deputy three sets of the party's (a) list of witnesses, (b) list of exhibits, and (c) exhibit notebooks. The exhibit notebooks shall consist of three-ring binders with a cover sheet reflecting the case number and sponsoring party. Each anticipated exhibit shall be marked numerically as set forth in the exhibit list and separated by tabs. Two sets will be used by Judge Goodwin and his law clerk. The primary "record" set shall be maintained by the Courtroom Deputy throughout the trial. The exhibits in the record set (which should include any original documents and be labeled with original document stickers) will be placed before testifying witnesses.

| Case No. | Style | Counsel |
|---|---|---|
| CIV-20-1238-G | Rick A. Lunday<br><br>v.<br><br>State Farm Fire and Casualty Company | Ben D. Baker<br>A. Laurie Koller<br>Eric Anthony Mareshie<br><br>Brennan T. Barger<br>Lance E. Leffel |
| CIV-21-564-G | DeAnn Shepherd et al.<br><br>v.<br><br>Yiwu Thousandshores E-Business Co. Ltd.<br><br>-and-<br><br>Thousandshores, Inc.<br><br>-and-<br><br>Amazon, Inc. et al. | Gerard F. Pignato<br>Jerry W. Foshee<br>Matthew C. Kane<br><br>Kimberly A. Donovan<br>Stephanie L. Khoury<br><br><br>Greg D. Givens<br>Stephanie L. Khoury<br><br><br>Greg D. Givens<br>Gregory F. Miller<br>Stephanie L. Khoury |
| CIV-21-986-G | Joshua Fields<br><br>v.<br><br>Great Lakes Insurance SE | Scott R. Jackson<br><br><br>Emily E. Allan<br>Michael S. Linscott<br>Sara E. Potts |